THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>Plaintiff,  <br><br>vs.  <br><br>DAVID NAVARRETE GUTIERREZ,  <br><br>Defendant. | NO. CR25-0132-JNW  <br><br>ORDER ON DEFENDANT'S MOTION TO CONTINUE PRETRIAL MOTIONS CUTOFF DATE, AND TRIAL DATE |

Before this Court is a motion to continue the pre-trial motions cutoff date set for July 17, 2025, and the trial date scheduled for August 25, 2025.

This case includes considerable discovery, a defendant where English is not his first language and use of interpreters are necessary for every interaction. Counsel for both the defense and the government have demanding caseloads. The considerable discovery-related preparation alone necessitates the amount of time requested until trial. The requested continuance will best facilitate both counsels' ability to manage caseloads.

Defendant, David Navarrete Gutierrez, is aware of this motion, has no objection, and has filed a waiver of speedy trial.

AUSA Casey Siobhan Conzatti is aware of this motion and has no objection to this request.

That the Court finds, after a consideration of all relevant information (including the declaration filed by Lance M. Hester in support of the motion for a continuance) and the

Order on Defendant's Motion to Continue Pre-trial
Motions Cutoff, and Trial Date - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

circumstances of this case, that without this continuance the defendant will be prejudiced and the ability to properly prepare for trial would be impaired. Failure to grant a continuance under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by the granting of the motion for continuance to ensure continuity of counsel and adequate trial preparation. The ends of justice outweigh the best interests of the public and the defendant in having the matter brought to trial sooner.

For these reasons, the Court finds the defendant's motion for continuance should be granted.

The pre-trial motions cutoff date presently scheduled for July 17, 2025 shall be STRICKEN.

The pre-trial motions cutoff date shall be scheduled for November 10, 2025.

The trial date presently scheduled for August 25, 2025 shall be STRICKEN.

The trial date shall be scheduled for December 8, 2025.

The period of delay resulting from this continuance from the current trial date of August 25, 2025 to the new trial date of December 8, 2025, is hereby excluded for speedy trial purposes under 18 USC § 3161(h)(8)(A) and (B) for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 USC § 3161-3174.

IT IS SO ORDERED.

DONE this 11th day of July, 2025.

Jamal N. Whitehead
United States District Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for defendant Navarrete Gutierrez

By: /s/ *Lance M. Hester*
    LANCE M. HESTER
    WSB #27813

Order on Defendant's Motion to Continue Pre-trial Motions Cutoff, and Trial Date - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157